# KORSINSKY & KLEIN, LLP

2926 Avenue L
Brooklyn, New York 11210

TEL: (212) 495-8133
WWW.KKLAWFIRM.COM

PARTNERS:
MICHAEL KORSINSKY, ESQ.*
JOSEPH KLEIN, ESQ., CPA*

COUNSEL:
DANIEL J. LIEBERMAN, ESQ.

SAMUEL DIAMANTSTEIN, ESQ.*
ADAM M. BIRNBAUM, ESQ.**
MARC ILLISH, ESQ.

* Admitted in NY and NJ
** Admitted in NY and MA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2020

January 31, 2020

*[Handwritten note: A motion or stipulation providing for transfer is required. 2-3-2020 /s/ AK Hellerstein]*

Via ECF

The Hon. Alvin K. Hellerstein, U.S.D.J.
Southern District of New York
500 Pearl St., New York, NY 10007-1312

Re: *Crescent Electric v. Bartolomeo*
19-cv-8721

Dear Judge Hellerstein,

We represent Plaintiff in the above-referenced matter.

This action was brought by Plaintiff who removed a state court action from New York State Supreme Court, New York County by Notice of Removal dated September 20, 2019 based on Defendant having filed a petition for liquidation under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., in the United States Bankruptcy Court for the Southern District of New York, Case No. 19-12294 (SCC). By direction of the Clerk, the Notice was filed and the case should have been assigned to Judge Chapman who is presiding over the Defendant's Bankruptcy Proceeding.

We received a Notice of Court Conference scheduling same for February 7, 2020 before Your Honor. However, as stated above, the state court action should have been referred to the Bankruptcy Court which has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Accordingly, reference is made to the Amended Standing Order of Reference dated January 31, 2012 which provides that any proceeding related to a case under title 11 are referred to the bankruptcy judges for this district, a copy of which is submitted herewith.

It is therefore respectfully requested that the matter be transferred accordingly. We thank you for your consideration of this matter.

Respectfully,
Korsinsky and Klein, LLP

By: _____
Michael Korsinsky, Esq.

cc: James Glucksman, Esq. – attorney for Defendant/Debtor